LAW OFFICES OF BILL LATOUR
Bill LaTour [C.S.B.N. 169758]
11332 Mountain View Ave., Suite C
Loma Linda, California, 92354
Telephone: [909] 796-4560
Facsimile: [909] 796-3402
E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT,

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| FREDERICK VORISE, | ) No. EDCV 09-2138 E |
| | ) |
| Plaintiff, | ) [~~PROPOSED~~] ORDER OF |
| | ) VOLUNTARY DISMISSAL OF |
| v. | ) CASE WITH PREJUDICE |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

Pursuant to the parties' Stipulation to Dismissal With Prejudice, IT IS ORDERED that the above-captioned proceeding is dismissed with prejudice; each side to bear her own attorney fees, costs, and expenses, including but not limited to attorney fees under the Equal Access to Justice Act.

Date: 5/11/10

_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE